Max S. Yuni, Appellant, v. Max Herscovitz, Respondent.— ▮▮▮ No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Alfred Kohlberg et al., Respondents, v. J. F. Shea Co., Inc., et al., Appellants, et al., Defendants.— ▮▮▮ No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Harold E. Ingram et al., Appellants, v. Harris S. Bigelow et al., Respondents.— ▮▮▮ No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Arbitration Between Henry Behrens, Respondent, and Gertrud Feuerring et al., Appellants.— ▮▮▮ No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

The People of the State of New York ex rel. Robert Schnabel, Appellant, against John J. McCloskey, Jr., as Sheriff of the City of New York, Respondent.— ▮▮▮ No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Elizabeth A. Steindler, Respondent, v. Percival J. Steindler, Appellant, et al., Defendants.— ▮▮▮ No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of John S. Shields, Appellant, against Harry W. Marsh et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Respondents.— ▮▮▮ No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Intercounty Properties Corporation, Appellant, v. Carl J. Karpas, Inc., et al., Respondents, et al., Defendants.— ▮▮▮ No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Charles Bracelin, Respondent, v. Mildred Bracelin, Appellant.— ▮▮▮ No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. ·

In the Matter of the Assignment for the Benefit of Creditors of Chu H. Joe to William McKelvey, Respondent. Pabst Sales Company, Appellant.— ▮▮▮ No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Elizabeth A. Steindler, Respondent, v. Percival J. Steindler, Appellant, et al., Defendants.— ▮▮▮ No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

The People of the State of New York ex rel. Edgar Kenny against William A. Adams, as Warden of the City Prison of the City of New York.— ▮▮▮ Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Chotapeg, Inc., v. Sylvia M. Bullowa.— ▮▮▮ Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.